# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JOHN MATUSEK, SR., SPOUSE AND EXECUTOR OF THE ESTATE OF ANGELINE P. MATUSEK,

Petitioner

v.

JAMES R. BRUNO, M.D., THOMAS J. CASTELLANO, M.D., JOHN ROTHSCHILD, M.D., GARY DECKER, M.D., MARK BERNARDI, D.O., GEISINGER WYOMING VALLEY MEDICAL CENTER, GEISINGER HEALTH SYSTEM FOUNDATION,

Respondents

: No. 153 MAL 2015
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

**AND NOW**, this 23rd day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.